# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | | |
|---|---|---|
| Darius Taylor, Vance Estes, Parish Stewart, Willie Ware, James Barber and Kevin Steele | Case No: | 07 CV 06292 |
| v. | | |
| Sheriff of Cook County and Cook County | | |
| | U.S. District Judge: | Ronald GUZMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas J. Dart, Sheriff of Cook County

SIGNATURE  /s/ Francis J. Catania ARDC# 6203188

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| # 06203188 | (312) 603-6572 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒     NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☒  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐