IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARIUS TAYLOR, VANCE ESTES, PARISH STEWART, WILLIE WARE, JAMES BARBER, and KEVIN STEELE<br>Plaintiff,<br><br>vs.<br><br>Sheriff of Cook County and Cook County, Illinois<br><br>Defendants, | Case No. 07 C 6292<br><br>JUDGE GUZMAN |

### ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Plaintiffs hereby accept defendants' Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of ten thousand dollars ($10,000) inclusive of attorneys' fees and costs. A copy of defendants' Rule 68 Offer of Judgment is attached hereto.

BY:/s/Garrett Browne
Garrett Browne

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams
Suite 330
Chicago, Illinois 60606
(312) 345-8877
gbrowne@efox-law.com

1

RECEIVED DEC 05 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAIUS TAYLOR, VANCE ESTES, PARISH STEWART, ) | |
| WILLIE WARE, JAMES BARBER, AND KEVIN STEELE, ) | |
| PLAINTIFFS, ) | 07 C 6292 |
| ) | |
| VS. ) | HONORABLE JUDGE |
| ) | RONALD GUZMAN |
| SHERIFF OF COOK COUNTY AND ) | |
| COOK COUNTY, ILLINOIS, ) | MAGISTRATE JUDGE VALDEZ |
| DEFENDANTS. ) | |

**DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

NOW COMES THE COUNTY OF COOK, AS POTENTIAL INDEMNITOR, OF THE DEFENDANT, SHERIFF OF COOK COUNTY, BY ITS ATTORNEY, RICHARD A. DEVINE, STATE'S ATTORNEY OF COOK COUNTY, AND THROUGH HIS ASSISTANT FRANCIS J. CATANIA, AND PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE HEREBY OFFERS TO ALLOW JUDGMENT TO BE TAKEN AGAINST THE COUNTY OF COOK, IN THIS CAUSE OF ACTION, COLLECTIVELY IN THE TOTAL AMOUNT OF TEN THOUSAND DOLLARS ($10,000.00), IN RETURN FOR TERMINATION OF THIS LITIGATION BY ALL PLAINTIFFS AGAINST ALL NAMED AND UNNAMED DEFENDANTS. THIS OFFER CONTEMPLATES ATTORNEYS FEES TO DATE AND INCLUDES ANY AND ALL SUCH ATTORNEY'S FEES AS WELL AS COSTS EXPENDED TO THIS POINT, PURSUANT TO 42 U.S.C. §1988.

THIS OFFER OF JUDGMENT IS MADE ON THIS DATE, DECEMBER 5, 2007, FOR THE PURPOSES SPECIFIED IN RULE 68 AND IS NOT TO BE CONSTRUED EITHER AS AN ADMISSION THAT THE DEFENDANTS ARE LIABLE IN THIS ACTION OR THAT THE PLAINTIFF HAS SUFFERED ANY DAMAGE AS A RESULT OF ANY ACTION, UNLAWFUL CUSTOM, POLICY OR PRACTICE.

                RESPECTFULLY SUBMITTED,
                RICHARD A. DEVINE, STATE'S ATTORNEY OF COOK COUNTY
BY:  S/ FRANCIS J. CATANIA ARDC# 6203188
        FRANCIS J. CATANIA
        ASSISTANT STATE'S ATTORNEY
        RICHARD J. DALEY CENTER
        50 W. WASHINGTON STREET
        CHICAGO, ILLINOIS 60602
        (312) 603-6572

12-5-07