IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DARIUS TAYLOR, VANCE ESTES,** **PARISH STEWART**, **WILLIE WARE**, **JAMES BARBER**, and **KEVIN STEELE**  Plaintiff, vs.  Sheriff of Cook County and Cook County, Illinois  Defendants, | Case No. 07 C 6292  JUDGE GUZMAN |

### NOTICE OF FILING

TO**:**   Francis J. Catania, Asst. State's Attorney, Richard J. Daley Center, 50 W. Washington St., Chicago, IL. 60602

    **PLEASE TAKE NOTICE** that on December 13, 2007, the undersigned electronically filed with the Clerk of this Court, the **Acceptance of Rule 68 Offer of Judgment** service of which is being made upon you.

                                        S/Garrett Browne
                                        Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

### CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2007, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                        /s/Garrett Browne

                                        Garrett Browne
                                        ED FOX & ASSOCIATES
                                        300 West Adams, Suite 330
                                        Chicago, IL 60606
                                        (312) 345-8877
                                        gbrowne@efox-law.com