## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Darius Taylor, et al.
                    Plaintiff,

v.                                                    Case No.: 1:07−cv−06292
                                                      Honorable Ronald A. Guzman

Sheriff of Cook County, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

MINUTE entry before Judge Ronald A. Guzman : Pursuant to Plaintiffs' acceptance of Rule 68 offer of judgment, this action is hereby terminated in accordance with the terms of judgment. Any pending motions or schedules in this case are stricken as moot.Civil case terminated. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.